IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DEBRA A. SIZEMORE,<br><br>        Plaintiff,<br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.9:19-CV-00097-RC |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. The Commissioner's motion to remand (Doc. No. 9) is **GRANTED**. A Final Judgment will be entered separately, remanding this action to the Commissioner for further administrative proceedings.

So **ORDERED** and **SIGNED** **January 30, 2020.**

_____
Ron Clark, Senior District Judge